Earlen PIERCE v. STATE. (No. 8743.) (Court of Criminal Appeals of Texas. March 25, 1925. Rehearing Denied April 22, 1925.) Appeal from District Court, Titus County; R. T. Wilkinson, Judge. E. L. Myers, of Mt. Pleasant, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The unlawful manufacture of intoxicating liquor is the offense; punishment fixed at confinement in the penitentiary for a period of one year. A plea of guilty was entered. The judgment recites that evidence was heard and the verdict regularly rendered. There is an absence of a statement of ' facts and bills of exception. No fault in the trial has been observed in the record. The judgment is affirmed.

**4**

, Odlo PRAYTOR v. STATE. (No. 9383.) (Court of Criminal Appeals of Texas. April 15, 1925.) Appeal from District Court, Van Zandt County; Joel R. Bond, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the district court of Van Zandt county of transporting intoxicating liquor, and his punishment fixed at one year in the penitentiary. In proper ,form and under oath' appellant asks that we dismiss his appeal and permit him to proceed to serve out his sentence. The document evidencing this is on file. The request of the appellant is granted, and the appeal is dismissed.

**5**

J. H. PROCTOR v. STATE. (No. 8770.) (Court of Criminal Appeals of Texas. March 25, 1925.) Appeal from District Court, Hale County; R. C. Joiner, Judge. W. W. Kirk and L. D. Griffin, both of Plainview, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the district court of Hale county of transporting intoxicating liquor, and his punishment fixed at 3 years in the penitentiary. The statement of facts in this case was filed after the expiration of 90 days from the adjournment of court. The affidavit of an attorney for appellant is on file, stating that he was taken ill and for several days confined to his bed, and that he overlooked· the preparation of said statement of facts in time for filing. We regret that we cannot consider the statement of facts. It appears that the attorney who personally tried this case was a member of a firm, and in this day, when court stenographers in our district courts stenographically report the testimony, occasions for differences in regard to statements of fact are rare, and in our further view of the fact that it is not even shown that the attorney who actually tried the case was dangerously ill, or that he could not have given enough attention to the case to have had the stenographer prepare and file the statement of facts, which appears to be very short, the reasons presented for our setting aside the statutory rule and those recognized by our decisions are not deemed sufficient. There are two bills of exception, complaining of the court's charge and the refusal of special charges relating to the matter of accomplice testimony. In the absence of statement of facts, we do not apprehend the force of such exceptions. The charge of the court apparently submits the law of the case, and the indictment is in regular form. The judgment will be affirmed.

**6**

Bertha SAVOIE v. STATE. (No. 9346.) (Court of Criminal Appeals of Texas. April 1, 1925.) Appeal from District Court, Orange County; V. H. Stark, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the district court of Orange county of assault to murder, and her punishment fixed at two years in the penitentiary. The record is

before us without bills of exception or statement of facts. The indictment appears to be in regular form, and the charge of the court properly presents the law. No error appearing, an affirmance will be ordered.

---

1

C. T. TITTLE v. STATE. (No. 9148.) (Court of Criminal Appeals of Texas. March 25, 1925.) Appeal from District Court, Franklin County; R. T. Wilkinson, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the district court of Franklin county of manufacturing intoxicating liquor, and his punishment fixed at two years in the penitentiary. We have filed with the clerk of our court an affidavit in due form certifying to the fact that on March 10, 1925, the appellant died. It is shown that he is the same party who was convicted and has appealed in this case. Being satisfied as to the correctness of the statements contained in said affidavit, the appeal will be ordered dismissed.

---

2